USA-74-24B
(Rev. 05/01)

CRIMINAL DOCKET

H-10- No. 459

HOUSTON DIVISION

USAO Number: 2006R15390
Magistrate Number:

CRIMINAL INDICTMENT

United States Bankruptcy Court
Southern District of Texas
FILED
JUL 0 1 2010
Filed _____
David J. Bradley, Clerk of Court

Judge: Hoyt

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

**UNSEALED PER ARREST**

ATTORNEYS:

JOSE ANGEL MORENO, USA          (713) 567-9000

RUBEN R. PEREZ, AUSA            (713) 567-9000

UNITED STATES of AMERICA
VS.

| Defendant | Appt'd | Private |
|---|---|---|
| WILMAR RENE DURAN-GOMEZ, (Cts. 1-4) | ☐ | ☐ |
| a/k/a "El Gordo", a/k/a "Junior", | ☐ | ☐ |
| a/k/a "Oscar", a/k/a "Carnalito" | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
| JOSE FUENTES, (Ct.1) | ☐ | ☐ |
| PATRICIA HOLGUIN, (Ct. 1) | ☐ | ☐ |
| MAURICIO MERCADO, (Ct. 1) | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

Ct. 1: Conspiracy to Transport and Harbor Aliens [8 USC § 1324(a)(1)(A)(v)(I)]

Cts. 2-3: Harboring Aliens [8 USC § 1324(a)(1)(A)(iii), 1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(II), 1324(a)(1)(B)(iv)]

Ct. 4: Conspiracy to Launder Funds [18 USC § 1956(h)]

CHARGE:
(TOTAL)
(COUNTS:)
( 4 )

**PENALTY:**

Ct. 1: Up to 10 yrs. imprisonment and/or $250,000 fine; 3 yrs. SRT; $100 SA
Cts. 2-3: Any term of years or Life imprisonment or death, and/or $250,000 fine; 5 yrs. SRT; $100 SA
Ct. 4: Up to 20 yrs. imprisonment and/or $500,000 fine; 3 yrs. SRT; $100 SA

☑ In Jail    DURAN-GOMEZ

**NAME & ADDRESS of Surety:**

☐ On Bond

☑ No Arrest              FUENTES,
    HOLGUIN, MERCADO

**PROCEEDINGS:**