| COURTROOM MINUTES | | CLERK, U.S. DISTRICT COURT |
|---|---|---|
| ☐ INITIAL APPEARANCE | ☐ RULE 40 HEARING | SOUTHERN DISTRICT OF TEXAS |
| ☑ DETENTION HEARING | ☐ COUNSEL DETERMINATION HEARING | FILED |
| ☐ PRELIMINARY HEARING | ☐ BOND HEARING | 7/26/10 |
| ☐ HEARING CONTINUED ON _____ | | DAVID BRADLEY, Clerk |

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701    OPEN: 10:15    ADJOURN: 10:23
Case Manager: Cindy Jantowski    RECESS FROM: ____ TO: ____
ERO: R. SMITH    ☐ Other District ____
Pretrial Services Officer: C. MORENO    ☐ Other Division ____
Case No. ____

INTERPRETER REQUIRED: ☐ No  ☑ Yes, Name: ____

Criminal No. **10-459**    Defendant No. **1**    USDJ ____

UNITED STATES OF AMERICA    **Ruben Perez**, AUSA
vs **Wilmar Rene Duran-Gomez**    **Wendell Odom** ☑
§
§
§
§
§

Counsel for Defendants  Appt - (A), Retd - (R), FPD - (F)

| | |
|---|---|
| ☐ | Date of arrest: ____ or ☐ karsr40 |
| ☐ | Deft first appearance. Deft advised of rights/charges ☐ SRT/Probation violator ☐ Pretrial Release Violator |
| ✓ | Deft first appearance with counsel. ☐ Deft ____ appeared ☑ with ☐ without counsel. |
| ☐ | Requests appointed counsel. |
| ☐ | FINANCIAL AFFIDAVIT executed.  ☐ Court orders defendant to pay $____ to CJA Fund |
| ☐ | Order appointing Federal Public Defender. |
| ☐ | Private Counsel appointed, ____. |
| ☐ | Deft advises he/she will retain counsel. He/she retained ____. |
| ☐ | Bond ☐ set $____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured ☐ $____ Deposit.  Bond ☐ revoked ☐ reinstated. |
| ☐ | Deft advised of conditions of release. |
| ☐ | Surety signatures required ____, ____. |
| ☐ | No bond set at this time, 10 day DETENTION ORDER entered. |
| ✓ | ORDER OF TEMPORARY DETENTION PENDING HEARING entered. |
| ✓ | ORDER OF DETENTION PENDING TRIAL entered. |
| ☐ | Court finds ☐ IDENTITY ☐ Probable Cause. |
| ✓ | BOND EXECUTED and defendant released. |
| ✓ | Deft REMANDED to CUSTODY.  ☐ Deft ORDERED REMOVED to Originating District. |
| ✓ | WAIVER of ☐ Preliminary ☐ Identity ☑ Detention Hearing ☐ Detention Hearing in this district ☐ State Custody |
| ☐ | Arraignment set ____    ☐ Detention Hearing set ____ |
| ☐ | Preliminary set ____    ☐ Counsel Determination Hearing set ____ |
| ☐ | Identity/Removal Hearing set ____ |
| ☐ | Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR) |