UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:10–cr–00459

Wilmar Rene Duran–Gomez

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Kenneth M Hoyt

**PLACE:**
Courtroom 11A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/22/2020

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Dismiss – #454

Date:   December 12, 2019

David J. Bradley, Clerk