UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Crim. No. 4:10-CR-459-SS |
| v. § | |
| § | |
| WILMAR RENE DURAN-GOMEZ, § | |
| aka "El Gordo," aka "Junior," § | |
| aka "Oscar," aka "Carnalito" § | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Fifth Circuit from the following orders and judgment—

- Docket Entry 534—Memorandum and Order granting motion to dismiss second superseding indictment with prejudice (entered March 12, 2020);

- Docket Entry 543—Order for the United States Marshal to release defendant Wilmar Rene Duran-Gomez no earlier than Friday, March 20, 2020, at 5:00 p.m. (entered March 17, 2020, filed March 16, 2020); and

- Docket Entry 544—Amended Final Judgment dismissing second superseding indictment with prejudice (entered March 17, 2020, filed March 16, 2020).

> Respectfully submitted,
>
> RYAN K. PATRICK
> United States Attorney
>
>     /s/   Jill J. Stotts_____
> Jill J. Stotts
> Assistant United States Attorney
> 1000 Louisiana Street, Suite 2300
> Houston, Texas 77002
> (713) 567-9000
>
> DATE: March 18, 2020

## CERTIFICATE OF SERVICE

I certify that on March 18, 2020, a true and correct copy of the foregoing Notice of Appeal was electronically filed and served on counsel of record via the electronic case filing (ECF) system for the United States District Court for the Southern District of Texas.

                                                /s/ Lisa Collins
                                                Lisa Collins
                                                Assistant United States Attorney