United States District Court
for the Southern District of Texas
Houston Division

| | | |
|---|---|---|
| **United States of America** | * | |
| v. | * | Criminal No. H-10-459 |
| **Wilmar Rene Duran Gomez** | * | [Capital Case] |

* * * * * * * * * * * * *

### Agreed Joint Response to Court's Request for Proposed Trial Date

In its Order of January 19, 2021, the Court directed the parties to "together or separately, provide a trial date for the case." (ECF No. 610). Counsel for Defendant Wilmar Rene Duran Gomez and counsel for the government have conferred and have reached agreement on a proposed scheduling order, a copy of which is attached to this pleading.

The proposed schedule is predicated on the assumption that investigation activities for both parties can resume by this fall. If circumstances regarding the trajectory of the pandemic, vaccine distribution, or responsiveness of the vaccines to emerging variants present unforeseen delays, then either or both parties may seek an adjustment to any of the dates in the proposed scheduling order.

In light of the parties' agreement on a proposed trial schedule, Mr. Duran Gomez's motion to defer entry of a scheduling order pending the outcome of the petition for writ of certiorari (ECF No. 611) is hereby withdrawn as moot.

Respectfully submitted,

/s/ Wendell A. Odom, Jr   /s/ James Wyda
WENDELL A. ODOM, JR.   JAMES WYDA (#25298)
Texas State Bar # 15208500   Federal Public Defender
Federal Bar # 0947   Office of the Federal Public Defender

1

| | |
|---|---|
| 440 Louisiana, Suite 200<br>Houston, TX 77002<br>(713) 223-5575<br>(713) 224-2815 (FAX) | 100 South Charles Street<br>Tower II, 9th Floor<br>Baltimore, Maryland 21201<br>(410) 962-3962<br>(410) 962-0872 (FAX) |
| */s/ Neal Davis, III*<br>NEAL DAVIS, III<br>Texas State Bar #24038541<br>Federal Bar # 706329<br>440 Louisiana, Suite 200<br>Houston, TX 77002<br>(713) 223-5575<br>(713) 224-2815 (FAX) | */s/ Julie L.B. Stelzig*<br>JULIE L.B. STELZIG (#27746)<br>Assistant Federal Public Defender<br>Office of the Federal Public Defender<br>6411 Ivy Lane, Suite 710<br>Greenbelt, Maryland 20770<br>(301) 344-0600<br>(301) 344-0019 (FAX) |