United States District Court
Southern District of Texas
**ENTERED**
March 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. 4:10-CR-00459-1 |
| | § |
| WILMAR RENE DURAN-GOMEZ | § |

## ORDER

The defendant, Wilmar Rene Duran-Gomez's motion to stay the trial of this case pending the filing and review of the Fifth Circuit Court of Appeals opinion is rendered moot by the parties agreed scheduling order.

It is so ORDERED.

SIGNED on this 11th day of March, 2021.

_____
Kenneth M. Hoyt
United States District Judge