United States District Court
for the Southern District of Texas
Houston Division

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | Criminal No. H-10-459 |
| | * | |
| **Wilmar Rene Duran Gomez** | * | [Capital Case] |

\* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION FOR ENTRY OF AN ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(F) REGARDING GOVERNMENT'S *BRADY* REQUIREMENTS

The defendant, Wilmar Rene Duran Gomez, through undersigned counsel, respectfully requests that this Court enter an Order pursuant to Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020). This Rule applies to all cases pending as of October 1, 2020, including this case.

Undersigned counsel has conferred with counsel for the government, who have advised that they do not oppose this motion.

A proposed order is attached.

Respectfully submitted,

/s/ *Wendell A. Odom, Jr.*
WENDELL A. ODOM, JR.
Texas State Bar # 15208500
Federal Bar # 0947
440 Louisiana, Suite 200
Houston, TX 77002
(713) 223-5575
(713) 224-2815 (FAX)

/s/ *Neal Davis, III*
NEAL DAVIS, III
Texas State Bar #24038541
Federal Bar # 706329
440 Louisiana, Suite 200

/s/ *James Wyda*
JAMES WYDA (#25298)
Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
(410) 962-3962
(410) 962-0872 (FAX)
Email: jim_wyda@fd.org

/s/ *Julie L.B. Stelzig*
JULIE L.B. STELZIG (#27746)
Assistant Federal Public Defender

| | |
|---|---|
| Houston, TX 77002 | 6411 Ivy Lane, Suite 710 |
| (713) 223-5575 | Greenbelt, Maryland 20770 |
| (713) 224-2815 (FAX) | (301) 344-0600 |
| | (301) 344-0019 (FAX) |
| | Email: julie_stelzig@fd.org |