United States District Court
Southern District of Texas
**ENTERED**
October 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
VS. § CRIMINAL NO. 4:10-CR-00459-1
§
WILMAR RENE DURAN-GOMEZ §
§
§

## ORDER

The Court, having considered the joint motion of the parties to continue the motions hearing currently scheduled for October 26, 2021 to a date in early January 2022, and to continue other dates under the current scheduling order through December, 2021, hereby GRANTS the parties joint request (Dkt. No. 697). The scheduling order, ECF No. 666, is hereby amended as follows:

1. The motions hearing currently scheduled for October 26, 2021 will be continued to January 31, 2022, at 9:00 a.m.

2. The hearings scheduled for November 3-5 and November 17-18 are continued, and will be re-set for a later date if needed.

3. All filing deadlines under the current scheduling order through the end of December, 2021 are currently suspended.

4. The parties shall report to the Court by December 17, 2021 regarding the status of the deauthorization request and plea negotiations in this case.

It is so ORDERED.

SIGNED on this 25th day of October, 2021.

Kenneth M. Hoyt
United States District Judge