United States District Court
for the Southern District of Texas
Houston Division

| | | |
|---|---|---|
| **United States of America** § | | |
| § | | |
| v. § | Criminal No. H-10-459 | |
| § | | |
| **Wilmar Rene Duran Gomez** § | [Capital Case] | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STATUS REPORT

The parties, through undersigned counsel, submit this Joint Status Report.

1.  Counsel for Mr. Duran Gomez submitted his request that the Department of Justice deauthorize this case and withdraw the amended notice of intent to seek the death penalty on December 14, 2021, which they updated on January 18, 2022, to incorporate the court's recent opinion in ECF No. 719. Pursuant to the procedures in the Justice Manual for the United States Department of Justice, defense counsel have submitted their deauthorization request to the United States Attorney's Office for the Southern District of Texas, who will then submit it to the Department of Justice according to the procedures in the Justice Manual.

2.  The parties continue to work on discovery issues and will continue to explore whether they can resolve the case short of trial. Government counsel is also considering appellate issues regarding ECF No. 719.

3.  The parties request a status call with the Court to address the current schedule.

Respectfully submitted,

For Wilmar Rene Duran Gomez:

/s/ *Wendell A. Odom, Jr.*
WENDELL A. ODOM, JR.
Texas State Bar # 15208500
Federal Bar # 0947
440 Louisiana, Suite 200
Houston, TX 77002
(713) 223-5575
(713) 224-2815 (FAX)

/s/ *Neal Davis, III*
NEAL DAVIS, III
Texas State Bar #24038541
Federal Bar # 706329
440 Louisiana, Suite 200
Houston, TX 77002
(713) 223-5575
(713) 224-2815 (FAX)

/s/ *James Wyda*
JAMES WYDA (#25298)
Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
(410) 962-3962
(410) 962-0872 (FAX)
Email: jim_wyda@fd.org

/s/ *Julie L.B. Stelzig*
JULIE L.B. STELZIG (#27746)
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
(301) 344-0600
(301) 344-0019 (FAX)
Email: julie_stelzig@fd.org

for the United States of America:

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY
By:

Jill J. Stotts
Assistant United States Attorney
Texas Bar No. 24036841

Lisa M. Collins
Assistant United States Attorney
Texas Bar No. 24054166
1000 Louisiana St., Suite 2300
Houston, TX 77002
(713) 567-9000

Barry K. Disney
Trial Attorney,
Capital Case Section
United States Department of Justice