UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO. H-10-459-SS |
| WILMAR RENE DURAN-GOMEZ § aka "El Gordo," aka "Junior," aka § "Oscar," aka "Carnalito" § | |

# GOVERNMENT'S RESPONSE TO HEARING

To the HONORABLE JUDGE HOYT:

Now comes the United States of America, by and through Jennifer B. Lowery, United States Attorney and Lisa M. Collins and Jill J. Stotts, Assistant United States Attorneys for the Southern District of Texas, and Barry K. Disney, Trial Attorney with the Capital Case Section, in the above-entitled numbered criminal action, and files this statement in response to the hearing on the Defendant's Motion to Suppress. The Government stands on the testimony given in the hearing and the previous filings on the matter. The Government respectfully requests the Court deny the Defendant's motion to suppress in its entirety.

Respectfully submitted,

JENNIFER B. LOWERY
United States Attorney

        ___/s/_ *Lisa M. Collins*
        Lisa M. Collins
        Assistant United States Attorney
        Texas Bar No. 24054166
        1000 Louisiana St. Ste. 2300
        Houston, Texas 77002
        Phone: 713-567-9000

        ___/s/_ *Jill J. Stotts*
        Jill J. Stotts
        Assistant United States Attorney
        Texas Bar No. 24036841
        1000 Louisiana St. Ste. 2300
        Houston, Texas 77002
        Phone: 713-567-9000

        ___/s/_ *Barry K. Disney*
        Barry K. Disney
        Trial Attorney,
        Capital Case Section

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and sent same by electronic means to counsel of record for the defendant.

\_\_/s/\_*Lisa M. Collins*\_\_\_\_\_
Lisa M. Collins
Assistant United States Attorney