The Wayback Machine - https://web.archive.org/web/20061118103147/http://www.click2houston.com:80/news/10325854/detail.html



POWER SEARCH           Homepage > LOCAL NEWS

- Home
- News
  - Local News
  - National News
  - Irresistible News
  - Seen On 2 Links
  - Most Popular
  - Slideshows
  - Politics
  - Discussions
  - Local News Archive
  - Texas Lottery
- News
- Local 2 Investigates
- Weather
- Traffic
- Sports
- Politics
- Entertainment
- Healthbeat
- Technology
- Money
- Video
- Jefferson Awards
- Holidays

MARKETPLACE
- Local 2 Experts!
- Save On Everything
- Automotive
- Dating
- Travel
- Career
- Legal Center
- Deals
- Weddings
- YELLOWPAGES.COM

EXTRAS
- Click2Win
- Pets
- The Buzz
- 2 At Home
- Real Estate & Mortgage
- Food
- Family
- Education

SITE TOOLS
- Set Homepage
- KPRC 2 Mobile
- E-Mail Newsletters
- RSS
- Desktop Alerts
- Premium Weather

KPRC LOCAL 2
- Inside KPRC
- Contact Us

- KPRC News Team
- TV Listings
- NBC
- Dr. Phil
- Ellen
- Rachael Ray
- Advertise
- Media Partners





# 2 Bodies Found In Stolen Pickup Truck

POSTED: 9:40 am CST November 15, 2006
UPDATED: 11:23 am CST November 15, 2006

E-mail this story | Print this story
Sign Up for Breaking News Alerts
[Enter E-mail] [Subscribe]

**RICHMOND, Texas --** Two bodies were found inside a pickup truck that was reported stolen, officials told KPRC Local 2.

Fort Bend County sheriff's deputies said the truck was found on Carmen Lane near F.M. 2759 in Fort Bend County at about 7 a.m. Wednesday.

The bodies were found in the back seat of the truck and were wrapped in a sleeping bag, officials said.

Investigators removed the truck with the bodies still inside because high winds made it impossible for them to process the scene.

A strong odor of gas was present around the truck, investigators said.

Officials have not released the victims' identities or causes of death.

Investigators said the truck was reported stolen in September.

Copyright 2006 by Click2Houston.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

**RELATED TO STORY**
+ Enlarge

**MOST POPULAR**

*Stories*
- Shopper Dies When Car Slams Into Kroger
- Sentence Reached In Sodomy Attack Trial

*Slideshows*
- Supermodels Through The Years
- Best Exotic Pet Photo

*Video*
- Man Reportedly Sneaks Photos Looking Up Galleria Shoppers' Skirts

More Most Popular

**ON THE SIDE**
- Tips To Being Happy At Work
- FAQs On Starting A Business



- How Office Gossip Affects You
- Child Custody Laws

### LOCAL NEWS
- Sentence Reached In Sodomy Attack Trial
- Near-Abduction At Bus Stop Ruled Hoax
- 2 Ex-Enron Execs Sentenced For Roles In Collapse
- Caseworker Attacked By 3 Dogs

More Local News

### LINKS WE LIKE
**Win A $10,000 Year-End Bonus**
 Want to bring in some serious cash this holiday season? Find out how searching for a job can land you a big payout. **More**

**Want To Get Your Hands On A PS3?**
 There are no guarantees in life, especially if you were banking on getting one of the hot, new PS3 systems. Find out how to increase your odds of getting the system without draining your checking account. **More**

**Tips For Teen Drivers**
 Find out what you and your teen need to know about driving, especially as winter weather comes around. **More**

### NATIONAL NEWS
- S. Korea Doesn't Support Bush's Ship Inspection Program
- Pentagon Issues New Iraq Marching Orders
- Legendary Ex-Coach Schembechler Dies
- U.S. Gamers Grab PS3s; Shooting Reported

More National And World News

### SPONSORED LINKS
**Try Rhapsody Music for Free**
The alternative to buying music. Legal access to 2,000,000+ songs.
www.rhapsody.com

**Refinance Rates as Low as 3.8%**
Get up to 4 free offers - fast. Save $1000s. No obligation.
www.refinancetrust.com

**Refinance with Bad Credit**
Compare up to 4 free quotes. Serious refinance requests only.
www.homeloanhelpline.com

**Bad Credit Refinance**
Up to 5 refinance quotes with one form. Serious inquiries only please.
www.nextag.com

**Refinance and Save $1000s**
$150,000 mortgage for $483/month. Compare up to 4 free quotes.
www.pickamortgage.com

Find More:    Search

### CREDIT REPORTS
**Have You Seen Your Credit Report Lately?**
 Experts recommend checking your credit report regularly. See where your credit stands with a FREE credit report and score!

### DESKTOP ALERT
**News And Weather Alerts Delivered To Your Desktop**
 Download FREE Desktop Alert:
- Breaking News
- Severe Weather
Click here to download!

Find A Home Direct
Houston Singles - 100% Free Site

Houston Movers

**Looking For A Loan? Compare Custom Offers Right Here**

Take a few minutes to enter some information and you can choose from a variety of lenders for the best deal.**More**

Links We Like includes a selection of information, tools and resources from our partners and sponsors.



© 2006, Internet Broadcasting Systems, Inc.
Click here for the privacy policy, terms of use.
Click here for advertising information.

Site Map