United States District Court
Southern District of Texas
**ENTERED**
April 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:10-CR-00459-001 |
| | § | |
| WILMAR RENE DURAN-GOMEZ | § | |

## ORDER

Upon Federal Detention Center Houston (FDC Houston's) unopposed motion for leave to file under seal and good cause having been shown, it is ORDERED as follows:

- The above motion is granted.

- FDC Houston is granted leave to file under seal a motion with respect to ECF No. 732-1 and likewise to file under seal all papers related to that motion.

It is so ORDERED.

SIGNED on April 27, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge